UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL TATUM,<br><br>Defendant. | Case No. 22-cr-00245-JSW-1<br><br>**ORDER REGARDING CORRESPONDENCE RECEIVED FROM DEFENDANT AND ORDER TO SHOW CAUSE** |

The Court has received correspondence directly from Defendant, who is represented by counsel. The Court ORDERS that the correspondence shall be filed *ex parte* and under seal pending a further order from the Court. The Clerk shall serve a copy of the correspondence only on Defendant's counsel. In light of the upcoming sentencing hearing, the Court will serve counsel by electronic mail and United States mail.

The Court FURTHER ORDERS Defendant to show cause why the correspondence should not be publicly filed and served on the Government. Defendant's response to this Order to Show Cause shall be due by 4:00 p.m. on October 11, 2024.

**IT IS SO ORDERED**.

Dated: October 8, 2024

_____
JEFFREY S. WHITE
United States District Judge